UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

NOV - 7 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:12MJ00288-GGH |
| v. | ) |
| | ) **DETENTION ORDER** |
| STEPHEN ISOCZKY, | ) (Violation of Pretrial Release, |
| | ) Probation or Supervised Release) |
| Defendant. | ) |

☐       After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds :

  ☐ there is probable cause to believe the person has committed a federal, state or local crime while on release and defendant has not rebutted the presumption that his release will endanger another or the community or
  ☐ there is clear and convincing evidence that defendant has violated **another** condition of release and
    ☐ based on the factors set forth in 18 U.S.C. § 3142(g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community or
    ☐ the person is unlikely to abide by any condition or combination of conditions of release.  F.R.Cr.P. 32.1(a)(D), 46(c), 18 U.S.C. § 3148.

☒       After a hearing pursuant to F.R.Cr.P. 32.1(a)(6) and 46(c) and 18 U.S.C. § 3143 (violation of probation or supervised release) the court finds there is probable cause to believe defendant has violated a condition of probation or supervised release and defendant has not met his burden of establishing by clear and convincing evidence that he will not flee or pose a danger to another person or to the community.  18 U.S.C. § 3143.

IT IS ORDERED that pursuant to 18 U.S.C. § 3142(i)(2)-(4) defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with his counsel.  Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which defendant is confined shall deliver defendant to a United States Marshal for purpose of an appearance in connection with a court proceeding.

DATED: Nov. 7, 2012

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

☐ Court/Original     ☐ U.S. Attorney     ☐ Defense Counsel     ☐ Pretrial Services

**COPY**

29170-112

## UNITED STATES PROBATION OFFICE
## CENTRAL DISTRICT OF CALIFORNIA

1042575

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | SACR05-00146-RMT |
| vs. | | |
| STEPHEN ISOCZKY | | WARRANT FOR ARREST |
| | Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **STEPHEN ISOCZKY**

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n):  ☐ Complaint  ☐ Indictment
☐ Information  ☐ Order of Court  ☒ Violation Petition  ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

Failure to report for treatment; Absconding supervision.

in violation of Title 18 United States Code, Section(s) 3583(e)(3)

| Sherri R. Carter | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | August 09 2008 - Los Angeles, CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| [signature] | BY: Robert M. Takasugi |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

_____

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

SIGNATURE OF ARRESTING OFFICER

**WARRANT FOR ARREST**

CR-12 (07/04)

PAGE 1 of 2

PROB 20
REV. 8/91

# PERSONAL HISTORY OF ABSCONDER

TO: U. S. Marshal, Warrant Supervisor

FROM: Ventura, Benjamin

OFFICE: Los Angeles

TELEPHONE NO.: 213-894-5835

DATE: July 30, 2008

TYPE OF WARRANT: ☐ Probation  ☒ Supervised Release  ☐ Parole

IN CUSTODY NOW: ☐ YES  ☒ NO    WHERE: _____

RE: ISOCZKY    STEPHEN

MALE ☒  FEMALE ☐    RACE: White ☒  Hispanic ☒  Asian ☐
                          Black ☐              Indian/Eskimo ☐
                          Other _____

DATE OF BIRTH: 3/10/1952    PLACE of BIRTH: Pittsburg PA

HT: 67   WT: 175    EYES: HAZEL    HAIR: BROWN

(NOTE: This info required for NCIC)

COMPLEXION: Light        SCARS, TATTOOS, DEFORMITIES, OTHER ID MARKS: _____

FBI NO.: 699042X11    SOC. SEC. 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
LOCAL POLICE: _____    DOCKET NO. 0973 8:05CR00148-001
DRUG USE: YES ☐  NO ☒    ALIASES: _____
LAST KNOWN ADDRESS OR CURRENT ADDRESS: 303 E. 5th Street, Los Angeles, CA 90012 (L.A. Mission)
LAST KNOWN OR CURRENT TELEPHONE NO.: N/A
FORMER TELEPHONE: N/A
FORMER ADDRESSES: N/A

DATE, PLACE, OFFENSE, AND AGENCY RESPONSIBLE FOR ARREST RESULTING IN SUPERVISION PLACEMENT:
04/20/05; San Clemente, CA; Counterfeit securities; Orange County Sheriff's Dept.

DATE OF LAST KNOWN ARREST: 04/20/05    PLACE: San Clemente, CA

NATURE OF ARREST: Current federal matter

VIOLENT HISTORY (Type): Assault; Weapons

DATE OF LAST FACE-TO-FACE CONTACT WITH PROBATION OFFICER: 06/30/08

DOES SUBJECT KNOW WARRANT HAS BEEN ISSUED?    YES ☐    NO ☒

NEXT KNOWN COURT APPEARANCE:    Date: N/A    Location: N/A    Type: N/A

KNOWN CO-DEFENDANTS AND ASSOCIATES AND AREAS SUBJECT MAY FREQUENT (names, aliases, addresses):

N/A

KNOWN FAMILY AND RELATIVES (name, relation, address, telephone no.):

N/A

OCCUPATION: Unemployed / homeless    DATE OF LAST EMPLOYMENT: N/A

LAST EMPLOYER AND ADDRESS: N/A

VEHICLE DESCRIPTION N/A    STATE: N/A

VEHICLE LICENSE NO.: N/A    STATE: N/A

OTHER RELATIVE INFORMATION:    Last reported address at L.A. Mission, 303 N. 5th St., Los Angeles, CA 213-629-1227.

NAME AND TELEPHONE NO. OF PROBATION OFFICER: Ventura, Booklinn, 213-894-5895

NAME AND TELEPHONE NO. OF SUPERVISOR: Wells, Steve (SUSPO) 213-894-5576

CC: 8/14/08
PROB 12
(Rev. 11/04)   45M +
AUSA

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT

AUG 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

U.S.A. VS. STEPHEN ISOCZKY                     Docket No. SACR05-00146-RMT

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>STEPHEN ISOCZKY</u> who was placed on supervision by the Honorable <u>ROBERT M. TAKASUGI</u> sitting in the Court at <u>Los Angeles, California</u>, on the <u>23rd</u> day of <u>June, 2008</u> who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### (SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Stephen Isoczky before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

|  |  |
|---|---|
| ORDER OF COURT<br><br>Considered and ordered this _9th_ day of _Aug_, 20_08_ and ordered filed and made a part of the records in the above case.<br><br>_____<br>Senior U. S. District Judge<br>ROBERT M. TAKASUGI | I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.<br><br>Executed on August 6, 2008<br><br>_____<br>BENJAMIN VENTURA<br>U. S. Probation Officer<br><br>Place: Los Angeles, California |

U.S.A. VS. STEPHEN ISOCZKY
DOCKET NO. SACR05-00146-RMT

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court to participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer, Stephen Isoczky failed to report for treatment on July 14, 2008;

2. Having been ordered by the Court to notify the Probation Officer, at least 10 days prior to any change in residence or employment, on or about July 7, 2008, Stephen Isoczky changed his residence without notifying the Probation Officer. Moreover he appears to have absconded from supervision as his current whereabouts are unknown.