BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY DANIEL<br><br>    Defendant. | CASE NO. 2:12-mj-228 GGH<br><br>STIPULATION AND ORDER TO RESET PRELIMINARY HEARING |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant GREGORY DANIEL, through his counsel, Tasha Paris Chalfant, Esq., stipulate and agree to the following revised preliminary hearing currently set for November 28, 2012, at 2:00 p.m. to be rescheduled for November 29, 2012, at 2:00 p.m.

There are no grand jury sessions scheduled for November 28, 2012.  The next available grand jury session is Thursday, November 29, 2012.  Good cause having been shown, the parties agree to extend the time for the preliminary hearing pursuant to Rule 5.1(c) and (d)

1 of the Federal Rules of Criminal Procedure.  Defendant and his
2 counsel consent to the rescheduling of the preliminary hearing and
3 the parties agree that taking into account the public interest in the
4 prompt disposition of criminal cases good cause exists.

                                      Respectfully submitted,

DATED: November 27, 2012        BENJAMIN B. WAGNER
                                      United States Attorney

                                By:  /s/ William S. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney

DATED: November 27, 2012       By:  /s/ Tasha Paris Chalfant
                                    TASHA PARIS CHALFANT
                                    Attorney for Defendant

```
BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:12-mj-228 GGH |
|---|---|
| Plaintiff, | ) ORDER TO RESET Preliminary |
| | ) Hearing |
| v. | ) |
| GREGORY DANIEL | ) |
| Defendant. | ) |

For the reasons set forth above, the revised preliminary hearing schedule is adopted. Good cause having been shown, the preliminary hearing is now scheduled for November 29, 2012, at 2:00 p.m., pursuant to Fed. R. Crim. P. 5.1 (c) and (d).

DATED: November 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3